Joseph R. Re (State Bar No. 134,479)
joe.re@knobbe.com
Marko R. Zoretic (State Bar No. 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Aura Interactive, Inc.
(d/b/a The Aura Group)

Jon E. Maki (State Bar No. 199,958)
jonmaki.esq@gmail.com
LAW OFFICE OF JON E. MAKI
4135 Calle Isabelino
San Diego, California 92130
Phone: (858) 876-2580
Facsimile: (858) 876-1915

Attorneys for Interpols Network Incorporated

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INTERPOLS NETWORK INCORPORATED, a California corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>AURA INTERACTIVE, INC, a California corporation, and THE AURA GROUP,<br><br>Defendant/Counterclaimant | SACV 12-00832 JVS(JPRX)<br><br>**STIPULATED FINAL JUDGMENT**<br><br>Hon. James V. Selna |

|     |     |
| --- | --- |
| *1* | On January 6, 2014, this Court granted The Motion for Partial Summary |
| *2* | Judgment of Non-Infringement filed by Defendant Aura Interactive, Inc., d/b/a |
| *3* | The Aura Group, ("Aura") because Aura does not did not infringe as a matter of |
| *4* | law U.S. Patent Nos. 7,673,017 and 8,204,961, asserted by Interpols Network |
| *5* | Inc. ("Interpols"). |
| *6* | Thereafter, Interpols and Aura entered into a stipulation under which |
| *7* | Interpols agreed to dismiss with prejudice its state-law claim alleging unfair |
| *8* | business practices under California Business and Professions Code § 17200 *et* |
| *9* | *seq.* and Aura agreed to dismiss its counterclaims seeking declaratory judgments |
| *10* | of invalidity of the '017 patent and the '961 patents without prejudice.  In |
| *11* | accordance with the above-described order and stipulation, |
| *12* | IT IS ORDERED, ADJUDGED, AND DECREED that: |
| *13* | (1)   Judgment is entered in favor of Aura and against Interpols as to the |
| *14* | claims of infringement of U.S. Patent Nos. 7,673,017 and 8,204,961 set forth in |
| *15* | Interpols's First Amended Complaint and as to Aura's counterclaims seeking |
| *16* | declarations of non-infringement of those patents as set forth in the Answer of |
| *17* | Aura; |
| *18* | (2)   Interpols's claims against Aura alleging unfair business practices |
| *19* | under California Business and Professions Code § 17200 *et seq.* are dismissed, |
| *20* | with prejudice; |
| *21* | (3)   Aura's counterclaims against Interpols seeking declaratory |
| *22* | judgments of invalidity of U.S. Patent Nos. 7,673,017 and 8,204,961 are |
| *23* | dismissed, without prejudice; and |
| *24* | (4)   Interpols takes nothing by way of its claims asserted against Aura. |
| *25* | (5)   Aura, as prevailing party, is entitled to recover its costs pursuant to |
| *26* | Federal Rule of Civil Procedure 54(d), in an amount to be determined and |
| *27* | subject to documentation and verification.  Interpols reserves the right to object |
| *28* | to Aura's bill of costs. |

Because no claims are remaining in this action, the Court expressly directs the Clerk to enter this Final Judgment as set forth above pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: February 28, 2014

                                          James V. Selna
                                          United States District Judge

17000672

010914